THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. ARTHUR A. HEMMENDINGER, PLAINTIFF IN ERROR.

Submitted February 9, 1925—Decided March 16, 1925.

On error to the Supreme Court, whose opinion is reported in 100 *N. J. L.* 234.

For the defendant in error, *John O. Bigelow.*

For the plaintiff in error, *Edwin G. Adams.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Kalisch in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, MCGLENNON, KAYS, JJ. 14.

*For reversal*—None.